```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 24477
   CHIQUITA L MARBLE
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-2066


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
   The case was filed on 09/16/2008 and was not confirmed.

   The case was converted to chapter 7 without confirmation 12/09/2008.
------------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
MOBILE MANAGEMENT INC    SECURED                   .00           .00           .00
MOBILE MANAGEMENT INC    MORTGAGE ARRE     2100.00             .00           .00
AFNI                     UNSECURED        NOT FILED            .00           .00
AMERICAN COLLECTION      UNSECURED        NOT FILED            .00           .00
AMERICASH LOANS          UNSECURED          526.34             .00           .00
ASSET ACCEPTANCE LLC     UNSECURED          148.07             .00           .00
CITY OF CHICAGO PARKING  UNSECURED         5300.00             .00           .00
CMI                      UNSECURED        NOT FILED            .00           .00
COMMONWEALTH EDISON      UNSECURED          833.84             .00           .00
ST IL TOLLWAY AUTHORITY  UNSECURED         3185.80             .00           .00
KCA FINANCIAL SERVICES   UNSECURED        NOT FILED            .00           .00
MUTL H CLCTN             UNSECURED        NOT FILED            .00           .00
NICOR GAS                UNSECURED        NOT FILED            .00           .00
PARK DANSAN              UNSECURED        NOT FILED            .00           .00
PROFESSIONAL ACCOUNT MGM UNSECURED        NOT FILED            .00           .00
PROFESSIONAL RECOVERY SY UNSECURED        NOT FILED            .00           .00
STATE COLLECTION SERVICE UNSECURED        NOT FILED            .00           .00
KENNETH C SWANSON JR     DEBTOR ATTY            .00                          .00
TOM VAUGHN               TRUSTEE                                             .00
DEBTOR REFUND            REFUND                                              .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                              .00

PRIORITY                                                  .00
SECURED                                                   .00
UNSECURED                                                 .00
ADMINISTRATIVE                                            .00
TRUSTEE COMPENSATION                                      .00
DEBTOR REFUND                                             .00
                                  --------------    --------------
TOTALS                                    .00                .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 24477 CHIQUITA L MARBLE
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 03/18/09 | /s/ Tom Vaughn <br> _____ <br> TOM VAUGHN <br> CHAPTER 13 TRUSTEE |